*Lawrence Watson*, pro se.

LAWRENCE WATSON *vs.* CLERK-MAGISTRATE OF THE DORCHESTER DIVISION OF THE DISTRICT COURT DEPARTMENT. November 24, 2008. *Supreme Judicial Court,* Superintendence of inferior courts. *Practice, Civil,* Relief in the nature of certiorari.

Lawrence Watson appeals from a judgment of a single justice of this court

---

[1]Teal McRae.

denying his petition for relief pursuant to G. L. c. 211, § 3, and G. L. c. 249, § 4. The brief that he submitted to this court, however, neither addresses any of the issues raised in the petition that he filed in the county court nor presents any argument that the single justice abused his discretion or otherwise erred. See Mass. R. A. P. 16 (a) (4), as amended, 367 Mass. 921 (1975).

*Judgment affirmed.*

*Lawrence Watson*, pro se.

*Annapurna Balakrishna*, Assistant Attorney General, for the defendant.